Ginsey Industries, Inc., Appellant, *v.* Foam Fair, Inc.

 Argued March 15, 1976. *Edward S. Lawhorne,* with him *Charles J. Hepburn, Jr.,* for appellant; *George J. McConchie,* with him *Cramp, D'Iorio, McConchie & Surrick,* for appellee.

Order affirmed.

Gold *v.* Wolpert, Appellant.

 Argued March 16, 1976. *Charles W. Craven,* with him *Marshall, Dennehey & Warner,* for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

CERCONE, J., absent.